IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY R. GIBBLE and DEBRA GIBBLE (h/w),** | : : : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : : | NO. 14-0739 |
| **CINCINNATI INSURANCE COMPANIES,** | : : | |
| Defendant. | : | |

## ORDER

AND NOW, this 30th of April, 2015, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 18), the Court **hereby ORDERS** that the Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART.** Cincinnati's Motion for Summary Judgment as to Mr. Gibble's bad faith claim and as Mrs. Gibble's loss of consortium claim is GRANTED. The Motion is DENIED as to Mr. Gibble's breach of contract claim.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE